UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-81220-MC-MATTHEWMAN

IN THE MATTER OF THE EXTRADITION
OF AHARON BARASHI
_____/



FILED by ____ D.C.
NOV 1 6 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## AFFIDAVIT OF WAIVER OF EXTRADITION

I, Aharon Barashi, having been fully informed by my attorney, Robin Rosen-Evans, of my rights under the Extradition Treaty in force between the United States and Israel and Title 18, United States Code, § 3184 et seq., do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Israel.

My attorney, with whose services I am satisfied, has explained to me the terms of the Extradition Treaty in force between the United States and Israel, the applicable sections of Title 18, United States Code, and the complaint filed by the United States Attorney on behalf of the Government of Israel. I understand that, pursuant to Title 18, United States Code, Section 3184, I am entitled to a hearing at which certain facts would need to be established, including:

(1) that currently there is an extradition treaty in force between the United States and Israel;

(2) that the treaty covers the offenses for which my extradition was requested;

(3) that I am the person whose extradition is sought by Israel; and

(4) that probable cause exists to believe that I committed the offenses for which extradition was requested.

1

I concede that I am the individual against whom charges are pending in Israel and for whom process is outstanding there. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to return to Israel and unless and until a court in the United States issues a ruling certifying my extraditability and the Secretary of State of the United States orders my extradition by issuing a warrant of surrender.

I have reviewed the complaint and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of Israel.

I hereby waive my rights under the Extradition Treaty and the applicable sections of Title 18, United States Code, and agree to be transported in custody, as soon as possible, to Israel, and to remain in custody pending the arrival of agents from Israel. No representative, official, or officer of the United States or of the Government of Israel, nor any person whomsoever, has made any promise or offered any other form of inducement

nor made any threat or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily and entirely of my own free will and accord.

Dated this 16th day of November, 2012.

*B.A.C.*
AHARON BARASHI

*Interpreted by Ruth Kohn - Hebrew Interpreter*

*Robin C. Rosen-Evans*
Robin Rosen-Evans, Esq.
Attorney for Aharon Barashi

I hereby certify that on this 16th day of November, 2012, Aharon Barashi personally appeared before me and made his oath in due form of law that the statements herein are true.

*William Matthewman*
HON. WILLIAM MATTHEWMAN
United States Magistrate Judge
Southern District of Florida

3