UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-81220-MC-MATTHEWMAN

IN THE MATTER OF THE EXTRADITION
OF AHARON BARASHI
_____/

FILED by _____ D.C.

NOV 1 6 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

The Court having received the Complaint filed on November 2, 2012, by Lauren E. Jorgensen, Assistant United States Attorney for the Southern District of Florida, for and on behalf of the Government of Israel, pursuant to the request of the Government of Israel, for the extradition of Aharon Barashi, and an affidavit executed by Aharon Barashi and witnessed by his attorney, Robin Rosen-Evans, Esq;

And, further, the Court having been advised in open session that Aharon Barashi is a fugitive sought by the Government of Israel; that he is aware that the Government of Israel has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the Extradition Treaty in force between the Government of the United States and the Government of Israel and Title 18, United States Code, § 3184 et seq., and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that AHARON BARASHI be committed to the custody of the United States Marshal for the Southern District of Florida pending arrival of the duly authorized representatives of the Government of Israel, at which time the United States Marshal shall deliver him, together with any evidence seized incidental to his arrest

and sought by the Government of Israel, to the custody of such authorized representatives to be transported to Israel to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of AHARON BARASHI, together with any evidence seized, shall be at such time and place as mutually agreed upon by the United States Marshal for the Southern District of Florida and the duly authorized representatives of the Government of Israel.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, at West Palm Beach, Florida this 16th day of November, 2012.

HON. WILLIAM MATTHEWMAN
United States Magistrate Judge
Southern District of Florida