UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Date:

Office of the Secretary of State
U.S. Department of State
2201 C. Street NW, Room 5419 A
Extradition Unit-Office of the Legal Advisor
Washington, D.C.  20520

RE:
CASE NUMBER:

Dear Sir/Madam:

In compliance with the extradition order dated _____, we are forwarding herewith the Court file in this case together with a certified copy of the extradition order and a certified copy of the docket sheet.

Please acknowledge receipt of the above on the enclosed copy of this letter.

Sincerely,

Steven M. Larimore
Clerk of Court

By:_____
        Deputy  Clerk

Enclosures
CC: All counsel

---

| Miami Room 8N09 | Ft. Lauderdale | West Palm Beach | Key West | Ft. Pierce |
|---|---|---|---|---|
| 400 N. Miami Ave | 299 E. Broward Blvd. | 701 Clematis Street | 301 Simonton Street | 300 S. Sixth Street |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | WPB, Fl 33401 | Key West. FL 33040 | Ft. Pierce, FL 34950 |